SHARON A. URIAS (SBN 180642)
sharon.urias@gmlaw.com
MADISON M. MARDER (SBN 346796)
madison.marder@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (480) 306-5458
Fax: (480) 306-5459

*Attorneys for Petitioner Sticky.io, Inc.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sticky.io, Inc., a Delaware corporation,<br><br>                              Petitioner,<br><br>       v.<br><br>Everyware Worldwide, Inc., a Texas corporation,<br><br>                              Respondent. | Case No. 3:26-cv-01625-WHO<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR STICKY.IO INC. TO RESPOND TO EVERYWARE WORLDWIDE INC.'S MOTION TO VACATE ARBITRATION AWARD**<br><br>Assigned to the Honorable William H. Orrick |

The Court, having considered the parties' Stipulation for Extension of Time to Respond to Motion to Vacate Arbitration Award, and good cause appearing,

IT IS HEREBY ORDERED that Petitioner Sticky.io, Inc. shall have an extension to file a response to the Motion to Vacate Arbitration Award on or before Tuesday, May 26, 2026, and Respondent Everyware Worldwide, Inc. shall have an extension to reply to the Motion to Vacate Arbitration Award on or before Tuesday, June 2, 2026.

Dated: May 15, 2026

_____
HONORABLE WILLIAM H. ORRICK

**FIRST STIPULATION FOR EXTENSION TO RESPOND TO MOTION TO VACATE ARBITRATION AWARD**
**CASE NO. 3:26-CV-01625-WHO**

-1-