DON H. CRAM (State Bar No. 160004)
don.cram@stinson.com
ADAM N. BARASCH (State Bar No. 158220)
adam.barasch@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439


Brian R. Cummings (Admitted Pro Hac Vice)
brian.cummings@stinson.com
STINSON LLP
Florida Bar No.: 25854
100 S. Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: (813) -534-7334

Attorneys for Defendant
EVERYWARE WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sticky.io, Inc., a Delaware corporation, <br><br>         Petitioner, <br><br>    v. <br><br> Everyware Worldwide, Inc., a Texas corporation, <br><br>         Respondent. | Case No. 3:26-cv-01625 <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR EVERYWARE WORLDWIDE, INC. TO REPLY TO OPPOSITION OF  STICKY.IO INC.'S TO EVERYWARE WORLDWIDE, INC.'S MOTION TO VACATE ARBITRATION AWARD <u>AS AMENDED</u>** <br><br><br> Assigned to the Honorable William H. Orrick |

Case No. 3:26-cv-01625

CORE/3533526.0002/243683054.1

The Court, having considered the parties' Stipulation for Extension of Time to Respond to Motion to Vacate Arbitration Award, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Everyware Worldwide, Inc. shall have an extension to file a reply to the response to the Motion to Vacate Arbitration Award on or before Tuesday, June 9, 2026.  **The hearing on the motion is continued to June 24, 2026 at 2:00 p.m.**

Dated:  June 1, 2026

_____
HONORABLE WILLIAM H. ORRICK

2                                                      Case No. 3:26-cv-01625

FIRST STIPULATION FOR EXTENSION TO RESPOND TO MOTION TO VACATE ARBITRATION AWARD
CORE/3533526.0002/243683054.1