DON H. CRAM (State Bar No. 160004)
don.cram@stinson.com
ADAM N. BARASCH (State Bar No. 158220)
adam.barasch@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: 415.398.3344
Facsimile: 415.956.0439


Brian R. Cummings (Admitted Pro Hac Vice)
brian.cummings@stinson.com
STINSON LLP
Florida Bar No.: 25854
100 S. Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: (813) -534-7334

Attorneys for Defendant
EVERYWARE WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sticky.io, Inc., a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>Everyware Worldwide, Inc., a Texas corporation,<br><br>Respondent. | Case No. 3:26-cv-01625-WHO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR COORDINATED BRIEFING SCHEDULE REGARDING PETITIONER'S MOTION TO CONFIRM AND RESPONDENT'S MOTION TO VACATE**<br><br>Assigned to the Honorable William H. Orrick |

[PROPOSED] ORDER GRANTING STIPULATION FOR COORDINATED BRIEFING SCHEDULE
REGARDING PETITIONER'S MOTION TO CONFIRM AND RESPONDENT'S MOTION TO VACATE
CORE/3533526.0002/244222780.1

The Court, having considered the parties' Stipulation for Coordinated Briefing Schedule Regarding Petitioner's Motion to Confirm and Respondent's Motion to Vacate, and good cause appearing,

IT IS HEREBY ORDERED that

- Petitioner Sticky.io, Inc. ("Sticky") shall file its Motion to Confirm on or before **June 23, 2026**;

- Respondent Everyware Worldwide, Inc. ("Everyware") shall file its Reply to Sticky's Opposition to the Motion to Vacate and Response to Sticky's Motion to Confirm on or before **July 7, 2026**;

- Sticky shall file its Reply to Everyware's Opposition to Motion to Confirm on or before **July 22, 2026**.

- **The hearing on the motions shall be held Wednesday August 5, 2026 at 2:00 pm by videoconference.**

Dated: June 9, 2026

HONORABLE WILLIAM H. ORRICK

Case No. 3:26-cv-01625-WHO

[PROPOSED] ORDER GRANTING STIPULATION FOR COORDINATED BRIEFING SCHEDULE REGARDING PETITIONER'S MOTION TO CONFIRM AND RESPONDENT'S MOTION TO VACATE

CORE/3533526.0002/244222780.1