SHARON A. URIAS (SBN 180642)
sharon.urias@gmlaw.com
MADISON M. MARDER (SBN 346796)
madison.marder@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (480) 306-5458
Fax: (480) 306-5459

*Attorneys for Petitioner Sticky.io, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sticky.io, Inc., a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>Everyware Worldwide, Inc., a Texas corporation,<br><br>Respondent. | Case No. 3:26-cv-01625-WHO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON EVERYWARE WORLDWIDE INC.'S MOTION TO VACATE ARBITRATION AWARD AND STICKY.IO INC.'S MOTION TO CONFIRM ARBITRATION AWARD**<br><br>Assigned to the Honorable William H. Orrick |

The Court, having considered the Stipulation to Continue Hearing on Everyware Worldwide Inc.'s Motion to Vacate Arbitration Award and Sticky.io Inc.'s Motion to Confirm Arbitration Award, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on the Motion to Vacate and the Motion to Confirm shall be continued to **Wednesday, August 19, 2026 at 2:00 pm PT.**

Dated: June 15, 2026

_____
HONORABLE WILLIAM H. ORRICK

**FIRST STIPULATION TO CONTINUE HEARING ON MOTION TO VACATE AND MOTION TO CONFIRM ARBITRATION AWARD CASE NO. 3:26-CV-01625-WHO**

-1-