SHARON A. URIAS (SBN 180642)
sharon.urias@gmlaw.com
SANDRA KHALILI (SBN 187809)
sandra.khalili@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (480) 306-5458
Fax: (480) 306-5459

*Attorneys for Petitioner Sticky.io, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sticky.io, Inc., a Delaware corporation,<br><br>Petitioner,<br>v.<br><br>Everyware Worldwide, Inc., a Texas corporation,<br>Respondent. | Case No. 3:26-cv-01625-WHO<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PETITIONER TO FILE REPLY IN SUPPORT OF ITS MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AND FOR ENTRY OF AN AMENDED FINAL JUDGMENT**<br><br>Hearing Date: October 28, 2026<br>Hearing Time: 2:00 p.m. PT<br>Hearing Location: Remote |

The Court, having considered the Stipulation for Extension of Time for Petitioner to File Reply in Support of its Motion for Award of Attorneys' Fees and Costs and for Entry of an Amended Final Judgment, and good cause appearing,

IT IS HEREBY ORDERED that Petitioner shall have an extension of time through and including Tuesday, September 29, 2026, to file its reply papers.

Dated:_September 21, 2026

HONORABLE WILLIAM H. ORRICK